SHOWALTER

*v.*

RUPE.

(*Supreme Court of Appeals of Virginia, Sept. 16, 1897.*)

[27 S. E. Rep. 840.]

Appeal—Amount in Controversy—Subjecting Land to Debt.

The amount involved in an appeal from a decree subjecting land to the payment of a debt is the amount of the debt, irrespective of the value of the land.

Appeal from circuit court, Pulaski county.

Bill by R. J. Rupe against W. H. Showalter and others. From decree for complainant, defendant Showalter appeals. Dismissed.

*J. C. Wysor*, for appellant.

*I. II. Larew*, for appellee.

CARDWELL, J., delivered the opinion of the court.

This suit was instituted by the appellee, R. J. Rupe, against W. H. Showalter (appellant), W. J. Showalter, and C. E. Elmore, to subject certain real estate to the payment of a debt of $200, with interest on $100, part thereof, from September 18, 1892, and on $100, the residue, from September 18, 1893,—the bill alleging that the property was conveyed to appellant by W. J. Showalter and C. E. Elmore to hinder, delay, and defraud appellee in the collection of this debt due

him by W. J. Showalter, to whom the property really belonged, and upon which appellee was entitled to a lien for the amount of his debt; and the decrees appealed from held the deed to be fraudulent as to appellee, and that appellant held the property in trust for the payment of the $200 and interest due to appellee, subject to a paramount lien of C. E. Elmore for the balance of purchase money due him for the property from appellant, and afterwards paid by the latter.    To relieve himself of the decrees appealed from as to appellee, appellant has only to pay the debt decreed to appellee ; and the amount involved in this appeal, therefore, being less than $500, this court has no jurisdiction, and the appeal must be dismissed, as improvidently awarded.    Duffy v. Figgat, 80 Va. 664; Hawkins v. Gresham, 85 Va. 35, 6 S. E. 472.